427 A.2d 254

Sicoli v. Durachko, Appellant.

Ar-
gued December 5, 1979. John P. Yatsko, submitted a brief
on behalf of appellant; Bernard Schaeffer, for appellee.

Before HESTER, MONTGOMERY and O'KICKI, JJ.*

Order affirmed.